UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **JAMES GREEN** | **CASE NO.  3:24-CV-01315** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CIRCLE K STORES INC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge [Doc. No. 18] previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that the Motion to Remand filed by James Green [Doc. No. 10] is **GRANTED**, but the request for attorney's fees is **DENIED**.

THUS DONE AND SIGNED in Chambers in Monroe, Louisiana on this 22nd day of September 2025.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE